```
                                                                    FILED
```

UNITED STATES COURT OF APPEALS                                      APR 4 2017

FOR THE NINTH CIRCUIT                                               MOLLY C. DWYER, CLERK
                                                                    U.S. COURT OF APPEALS

| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES FOUNDATION, INC., a charitable non-profit foundation, | No. 16-17361 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:16-cv-02413-GMS<br>District of Arizona,<br>Phoenix |
| v. | |
| GOLDEN RULE PROPERTIES, LLC, | ORDER |
| Defendant-Appellee. | |

The court will initiate a further conference by telephone on **May 10, 2017, at 2:00 p.m. Pacific Time.**

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before June 9, 2017; appellee shall file an answering brief on or before July 10, 2017; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation