IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES FOUNDATION, INC, a charitable non-profit foundation,<br><br>Plaintiff - Appellant,<br><br>vs.<br><br>GOLDEN RULE PROPERTIES, LLC,<br><br>Defendant - Appellee. | No. 16-17361<br><br>D.C. NO. 2:16-CV-02413-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL WITHOUT PREJUDICE |

Appellant and Appellee ("Parties") have reached a contingent settlement to resolve this appeal and the underlying District Court case, D.C. No. 2:16-CV-02413-GMS from the United States District Court, District of Arizona.

The Parties respectfully move the Court to dismiss the appeal without prejudice to reinstatement in the event the United States District Court, District of Arizona declines to approve the Parties' Stipulated Motion to Vacate and Replace Prior Judgment.

Plaintiff – Appellant reserves the right to reinstate the appeal and will move the Court for reinstatement twenty-one (21) days after an order by the United

1

States District Court, District of Arizona denying the Parties' Stipulated Motion to Vacate and Replace Prior Judgment.

Therefore, the Parties respectfully request that this Court dismiss the underlying appeal without prejudice to its reinstatement.

DATED: May 26, 2017

Respectfully submitted,

*/s/ Fabian Zazueta*

Fabian Zazueta, State Bar No. 032687
**Advocates for Individuals with Disabilities Foundation, Inc.**
Attorney for Appellant

*/s/ Aaron K. Haar (with permission)*

Matthew Anderson, State Bar No. 025934
Aaron K. Haar, State Bar No. 030814
**Jaburg & Wilk, P.C.**
Attorneys for Appellee