UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES FOUNDATION, INC., a charitable non-profit foundation,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>GOLDEN RULE PROPERTIES, LLC,<br><br>        Defendant-Appellee. | No.   16-17361<br><br>D.C. No. 2:16-cv-02413-GMS<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

     The parties' stipulated motion to dismiss the appeal without prejudice (Docket Entry No. 9) is granted. Pursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event the district court declines to approve the parties' stipulated motion to vacate and replace prior judgment.

     Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 21 days of the district denying the parties' stipulated motion to vacate and replace judgment, but in any event by November 30, 2017. If no notice of reinstatement is filed and served by December 7, 2017, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation